UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GAVIN AGUIRRE, | No. 2:15-cv-2559 KJN P |
| Plaintiff, | |
| v. | ORDER |
| THE PEOPLE OF THE STATE OF CALIFORNIA, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed an in forma pauperis affidavit or paid the required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a). Therefore, plaintiff will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the required fees.

    In the complaint, plaintiff alleges that on February 17, 2015, he was arrested for discharging a weapon. Plaintiff was later found guilty of this and other charges. As relief, plaintiff requests that the court "look over" the case and find him not guilty.

    The purpose of a civil rights action pursuant to 42 U.S.C. § 1983 is to challenge a condition of confinement. The purpose of a habeas corpus petition pursuant to 28 U.S.C. § 2254 is to challenge the validity of a conviction or sentence. Because plaintiff challenges the validity of his conviction, the undersigned construes this action as a petition for writ of habeas corpus.

1

Accordingly, the complaint is dismissed with leave to file a habeas corpus petition.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This action is construed as a petition for writ of habeas corpus; the complaint is dismissed with thirty days to file a habeas corpus petition;

2. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the required fees in the amount of $5.00; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner and a form for a habeas corpus petition pursuant to 28 U.S.C. § 2254.

Dated:  December 18, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Agui2559.3a